UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANNE ADAIR,

     Plaintiff,

v.                                Case No.:  8:22-cv-1716-KKM-MRM

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Defendant, the Commissioner of Social Security (the "Commissioner"), filed

an Unopposed Motion for Entry of Judgment with Remand.  (Doc. 16).

The Commissioner requests remand under sentence four of 42 U.S.C. § 405(g)

for the following reasons:

> [To] reconsider findings at the relevant steps of the
> sequential evaluation process, including but not limited to a
> reevaluation of the opinion evidence and Plaintiff's residual
> functional capacity, and issue a new decision.

(*See id.* at 1).

The Commissioner advises that Plaintiff's counsel does not object to the relief

requested.  (*Id.* at 1).

Under sentence four, the Court has the "power to enter, upon the pleadings

and transcript of the record, a judgment affirming, modifying, or reversing the

decision of the Commissioner of Social Security, with or without remanding the

cause for a rehearing."  42 U.S.C. § 405(g).  A remand under sentence four "is based upon a determination that the Commissioner erred in some respect in reaching the decision to deny benefits."  *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).  Here, the Commissioner concedes error by requesting a reversal of the Commissioner's decision.

## CONCLUSION

Accordingly, the Undersigned **RESPECTFULLY RECOMMENDS** that:

1.      The presiding United States District Judge enter an Order **GRANTING** the Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 16).

2.      The decision of the Commissioner be **REVERSED** and this case be **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative action and proceedings as follows:

> Upon remand, the Commissioner will reconsider findings at the relevant steps of the sequential evaluation process, including but not limited to a reevaluation of the opinion evidence and Plaintiff's residual functional capacity, and issue a new decision.

(Doc. 16 at 1).

3.      The Clerk of Court be directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**RESPECTFULLY RECOMMENDED** in Chambers in Tampa, Florida on March 21, 2023.

_____
Mac R. McCoy
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Copies furnished to:

Counsel of Record
Unrepresented Parties