UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANNE ADAIR,

    Plaintiff,

v.                                                Case No: 8:22-cv-1716-KKM-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Plaintiff Dianne Adair brings this action challenging Defendant's denial of disability benefits. (Doc. 1.) Defendant moves for the Court to enter judgment and remand the case to the Commissioner for further review. (Doc. 16.) Plaintiff does not oppose the motion. The Magistrate Judge issues a Report and Recommendation recommending that the motion be granted. (Doc. 17.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir.

1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

The fourteen-day deadline for objections to the recommendation has passed. No party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review, the Court concludes that the motion should be granted for the reasons the Magistrate Judge stated.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED.**

2. The Commissioner's Motion for Remand (Doc. 16) is **GRANTED.**

3. The decision of the Commissioner is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

4. The Clerk is directed to enter **JUDGMENT** for Plaintiff, **TERMINATE** any pending motions and deadlines, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on April 5, 2023.

_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge