UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANNE ADAIR,

    Plaintiff,

v.                                            Case No. 8:22-cv-1716-KKM-MRM

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration,

    Defendant.
_____

## ORDER

After judgment in her favor, Dianne Adair moves for an award of $1,626.00 in attorney's fees and $400.00 in filing fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Mot. Att'y Fees (Doc. 20.) The Magistrate Judge recommends granting Adair's motion in part, but denying to the extent that she requests the government be ordered to assign fees directly to her attorney. R&R (Doc. 21) at 6–7. The Commissioner did not object to the motion, and neither the Commissioner nor Adair objected to the Magistrate Judge's determination. After review of the Magistrate Judge's recommendation, the following is **ORDERED**:

    1.    The Magistrate Judge's report and recommendation (Doc. 21) is **ADOPTED.**

2. Adair's motion for attorney's fees (Doc. 20) is **GRANTED in part** and **DENIED in part**.

3. Adair is awarded attorney's fees in the amount of $1,626.00.

4. Adair is awarded $400.00 in filing fees.

5. The Clerk is directed to enter **JUDGMENT** in the amount of $2,626 in favor of Plaintiff.

**ORDERED** in Tampa, Florida, on July 17, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge